# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES ex rel. JAMES MICHAEL HARRIS, )<br>)<br>Relator, )<br>)<br>v. )<br>)<br>LOCKHEED MARTIN CORPORATION, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>1:08-cv-3819-AT |

## CERTIFICATE OF CONSENT TO WITHDRAWAL AS COUNSEL

Mike Bothwell, Julie Bracker, and the law firm of Bothwell Bracker, P.C. (collectively "Bothwell Bracker"), hereby notifies the Court of its client's consent to its withdrawal from this action. Bothwell Bracker further shows the court the following:

1. Bothwell Bracker is presently co-counsel for Relator James Michael Harris in this matter, along with lead counsel, Kristofer Schleicher.

2. Relator Harris and lead counsel Kristofer Schleicher both consent to Bothwell Bracker's withdrawal.

3. Service of notices may continue to be made upon Relator's counsel-of-record, Kristofer R. Schleicher, Giacoma Schleicher, Six Concourse Parkway, Suite 2200, Atlanta, Georgia 30328.

Accordingly, Bothwell Bracker hereby withdraws as counsel for Relator in this matter by consent.

Respectfully submitted this 25th day of July, 2013,

/s/Mike Bothwell
Mike Bothwell
Georgia Bar No. 069920
Julie Keeton Bracker
Georgia Bar No. 073803

**Bothwell Bracker, P.C.**
304 Macy Drive
Roswell, GA  30076
(770) 643-1606
Mike@BBV-Law.com
Julie@BBV-Law.com

/s/Kristopher R. Schleicher
(on behalf of himself and Relator)
Kristofer R. Schleicher, Esq.
Georgia Bar No. 629327
**Giacoma Schleicher, LLC**
Six Concourse Parkway, Suite 2200
Atlanta, GA 30328
(404) 924-2850
kschleicher@gslaw.pro

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES ex rel. JAMES MICHAEL HARRIS, ) ) ) Relator, ) ) v. ) ) LOCKHEED MARTIN CORPORATION, ) ) ) Defendant. ) | CIVIL ACTION NO. 1:08-cv-3819-AT |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system to all counsel of record on July 25, 2013.

/s/ Mike Bothwell
Mike Bothwell

4